

Court Of Appeals

Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00505-CV

**IN RE** Joseph **KRIST, III**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Karen Angelini, Justice
            Phylis J. Speedlin, Justice
            Steven C. Hilbig, Justice

Delivered and Filed: July 28, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On July 8, 2010, relator Joseph Krist, III filed a petition for writ of mandamus. The court has

considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled

to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP.

P. 52.8(a).

                                                              PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007-PA-00899, styled *Joseph Krist III v. Tex. Dep't of Protective and Regulatory Servs.,* in the 131st Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel presiding. However, relator lists the Honorable Richard Garcia, associate judge of the children's court, Bexar County, Texas, as the respondent.